United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-30484

---

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

                  versus

BARANDLE L. WILLIAMS,

                              Defendant-Appellant.

---

Appeal from the United States District Court
For the Western District of Louisiana
(02-CR-50094)

---

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  *See* 5ᵀᴴ CIR. R. 47.6.

---

    [*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.